IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUE ANN SEYMOUR, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:09-cv-01707 |
| ) | |
| vs. ) | JUDGE JOY FLOWERS CONTI |
| ) | |
| PPG INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

## APPROVAL ORDER

AND NOW, this 14th day of December, 2012, upon consideration of the representations made by counsel for the PARTIES at the hearing on December 14, 2012, and for good cause shown, this Court hereby ORDERS:

A. All capitalized terms in this APPROVAL ORDER have the same meaning as in the SETTLEMENT AGREEMENT.

B. The COURT has jurisdiction over the claims asserted in the LITIGATION and over the PARTIES to the LITIGATION.

C. The COURT certifies REPRESENTATIVE PLAINTIFFS as representatives of the OPT-IN PLAINTIFFS and authorizes them to act on behalf of the OPT-IN PLAINTIFFS.

D. The COURT has conducted an *in camera* review and inspection of the PARTIES' confidential SETTLEMENT AGREEMENT and concludes that the SETTLEMENT AGREEMENT is adequate, fair and reasonable, is in the best interests of the PARTIES, and should be approved. Accordingly, the SETTLEMENT AGREEMENT is hereby approved in accordance with the Fair Labor Standards Act and shall be consummated in accordance with its terms.

E. The determination of the individual SETTLEMENT PAYMENTS as set forth in the SETTLEMENT AGREEMENT is approved as a fair, equitable, and reasonable allocation of the REVISED MAXIMUM SETTLEMENT AMOUNT. Likewise, the payment of PLAINTIFFS' COUNSEL'S FEES AND COSTS is hereby approved in the amount and subject to the other provisions set forth in the SETTLEMENT AGREEMENT.

F. Effective as of the FINAL EFFECTIVE DATE, PLAINTIFFS shall be deemed to have released all RELEASED CLAIMS against DEFENDANT and all RELEASED PARTIES. PLAINTIFFS are hereby enjoined from prosecuting any RELEASED CLAIMS against DEFENDANT or any RELEASED PERSONS.

G. This APPROVAL ORDER is binding on all PLAINTIFFS (including the REPRESENTATIVE PLAINTIFFS and the OPT-IN PLAINTIFFS) and DEFENDANT.

I. This LITIGATION is hereby DISMISSED in its entirety, on the merits, and WITH PREJUDICE, without costs to any party, except to the extent otherwise expressly provided in the SETTLEMENT AGREEMENT. The Clerk shall mark the case closed. **IT IS SO ORDERED.**

_/s/Joy Flowers Conti_
THE HONORABLE JOY FLOWERS CONTI
JUDGE OF THE U.S. DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

APPROVED AS TO FORM AND CONTENT:

_____
Bruce C. Fox
Pa. I.D. 42576
bruce.fox@obermayer.com
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
BNY Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA 15219
(412) 566-1500
Fax: (412) 566-1508

*Counsel for Plaintiffs*

_____
Robert W. Pritchard
Pa. I.D. 76979
rpritchard@littler.com
LITTLER MENDELSON, P.C.
EQT Plaza, 26th Floor
625 Liberty Avenue
Pittsburgh, PA 15222
(412) 201-6728
Fax: (412) 774-1957

*Counsel for Defendant*

Firmwide:116616328.1 034801.2039